

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*

*970 Broad Street, 7th Floor*          *main: 973-645-2700*
*Newark, NJ 07102*                      *direct: 973-645-2813*
*david.inkeles@usdoj.gov*

March 31, 2026

**<u>Via ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luter King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Siguan Lopez v. Perez, et al.,*** **No. 26-2622 (MCA)**
>        **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's Text Order entered on March 30, 2026, ECF No. 7, to report that U.S. Immigration and Customs Enforcement has confirmed Petitioner was released from custody at approximately 5:55 p.m. on March 30.

We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> United States Attorney
>
> By:   /s/ *David Inkeles*
>       DAVID INKELES
>       Assistant United States Attorney
>       *Attorneys for Respondents*

cc: Counsel of Record (via ECF)

Case shall be closed.

SO ORDERED

   s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date:  4/2/2026